

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2019

No. 04-19-00407-CR

Brady **DUPREE,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR3412W
The Honorable Jennifer Pena, Judge Presiding

# O R D E R

The clerk's record has been filed, and it includes a copy of the trial court's certification of appellant's right of appeal. The certification does not show that the defendant has the right of appeal. We have reviewed the clerk's record, and it appears the certification is not defective. *See Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005) (holding court of appeals must review clerk's record to determine whether the certification is defective). The clerk's record also shows the notice of appeal was due May 31, 2019, but was not file-stamped by the clerk until June 7, 2019.

We therefore ORDER this appeal will be dismissed thirty days from the date of this order unless an amended certification showing appellant has the right of appeal is made part of the clerk's record or appellant's counsel shows cause why this appeal should not be dismissed. *See* TEX. R. APP. P. 25.2(d), (f) (requiring "dismiss[al] if a certification that shows the defendant has the right of appeal has not been made part of the record" and providing an amended certification may be filed in the appellate court under Rule 37.1 or any time before the appellant's brief is filed). Appellant is further notified that this appeal may be dismissed if he does not show the notice of appeal was timely filed or show cause for the late filing.

We further ORDER that all other appellate deadlines are suspended pending further order of this court. We also ORDER the clerk of this court to send a copy of this order to the attorneys of record, the trial court clerk, and the court reporter(s) responsible for preparing the reporter's record in this appeal.

_____
Luz Elena D. Chapa, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court